■ WILLIAM PAGAN et al., Appellants, v FOUR THIRTY REALTY LLC, Also Known as 430 REALTY INC. and 430 REALTY CO., et

al., Respondents. [855 NYS2d 63]—Order, Supreme Court, New York County (Emily Jane Goodman, J.), entered March 21, 2007, which, to the extent appealed from as limited by the briefs, denied plaintiffs' motion for a default judgment, unanimously affirmed, without costs.

In this action alleging discrimination in housing, retaliatory eviction and personal injury, defendants demonstrated a reasonable excuse for their delay in answering the complaint (*see Castillo v Garzon-Ruiz*, 290 AD2d 288, 290 [2002]; *Parker v I.E.S.I. N.Y. Corp.*, 279 AD2d 395 [2001], *lv dismissed* 96 NY2d 927 [2001]; *Barajas v Toll Bros.*, 247 AD2d 242 [1998]; *Ganvey Merchandising Corp. v Knudsen El. Corp.*, 169 AD2d 518 [1991]). We note that they established prima facie meritorious defenses to plaintiffs' claims. Plaintiffs have not demonstrated that they suffered any prejudice as a result of the delay (*see Castillo*, 290 AD2d at 290; *Shure v Village of Westhampton Beach*, 121 AD2d 887 [1986]). This State's public policy favors determinations on the merits (*see Guzetti v City of New York*, 32 AD3d 234 [2006]). Concur—Lippman, P.J., Tom, Williams and Acosta, JJ.